■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MILTON TUCKER, Appellant, v BOARD OF PAROLE, Respondent.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Dutchess County, entered May 11, 1976, which granted the petition to the extent of directing respondent to afford him a final revocation hearing. Appeal dismissed as academic, without costs or disbursements. Petitioner is now on parole and is no longer restrained in his liberty to such an extent that he is entitled to the relief sought (see CPLR 7002, subd [a]; *People ex rel. Wilder v Markley,* 26 NY2d 648; *People ex rel. Jones v Ternullo,* 52 AD2d 631). Latham, Acting P. J., Margett, Suozzi and Mollen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BECKHAM, Appellant.—Motion by appellant for reargument of his appeal from a judgment of the Supreme Court, Kings County, rendered January 10, 1975, insofar as this court, in affirming the conviction on the weapons possession count, also affirmed the sentence imposed upon the said count. Motion granted, and upon reargument, decision dated December 27, 1976 amended by adding to the decretal paragraph thereof, after the word "dismissed", the following: "and sentence as to the possession of a weapon as a felony count modified by reducing it to four years." Order of this court dated December 27, 1976 entered on said decision amended accordingly. (The defendant is presently at liberty on parole.) Rabin, Acting P. J., Shapiro, Titone and Suozzi, JJ., concur.